IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C. BROWN LINGAMFELTER,<br><br>        Plaintiff,<br><br>v.<br><br>COCA-COLA ENTERPRISES, INC., THE COCA-COLA COMPANY, MILLER BREWING COMPANY, and DR. PEPPER/SEVEN UP, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-1261-KAJ<br>)<br>)  **Jury Trial Demanded**<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

At Wilmington this **1ˢᵗ** day of **March, 2005,**

IT IS ORDERED that the Rule 16 scheduling teleconference presently set for **February 25, 2005 at 9:00 a.m.** is hereby rescheduled to **March 10, 2005 at 4:30 p.m.** Counsel for Plaintiff shall initiate the call.

_____
UNITED STATES DISTRICT JUDGE