

**Potter
Anderson
&Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
provner@potteranderson.com
302-984-6140    Direct Phone
302-658-1192    Fax

March 4, 2005

**BY EFILE AND BY HAND**

The Honorable Kent A. Jordan
United States District Court for the District of Delaware
844 King Street
Wilmington, DE  19801

> Re:  C. Brown Lingamfelter v. Coca-Cola Enterprises Inc., *et al.*,
> D. Del., C.A. NO. 04-1261-KAJ

Dear Judge Jordan:

We represent defendants Coca-Cola Enterprises Inc., The Coca-Cola Company, Miller Brewing Company, and Dr Pepper/Seven Up, Inc. ("Defendants") in the above-referenced action. Currently before the Court are two motions filed by the Defendants to stay this action pending consideration by the U.S. Patent and Trademark Office ("Patent Office") of two requests for *inter partes* reexamination of the patent at issue, U.S. Patent No. 6,789,673 ("the '673 patent") (D.I. 20 and D.I. 31).

On February 28, 2005, after both sides completed their briefing on these motions, the Patent Office issued two orders granting the requests for reexamination. *See* Exhibits A and B (true and correct copies of the Patent Office's orders). In the orders, the Patent Office noted that both requests for reexamination present substantial new questions of patentability with respect to all twenty-nine claims in the '673 patent. Consequently, the Patent Office will now reexamine the patentability of every claim.

Counsel are available at the Court's convenience should Your Honor have any questions.

Respectfully,

Philip A. Rovner

cc:    Clerk of the Court (w/encls.)
Steven J. Balick, Esq.

672506