# EXHIBIT A

UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

| CONTROL NO. | FILING DATE | PATENT IN REEXAMINATION | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 95/000069 | 12/03/2004 | 6789673 | |

Daniel D. Chapman, Esq.
JACKSON WALKER LLP
112 E. Pecan Street Suite 2100
San Antonio TX  78205-1521

| EXAMINER |
|---|
| Jimmy G. Foster |

| ART UNIT | PAPER |
|---|---|
| 3728 | |

DATE MAILED:

02/28/05

# *INTER PARTES* REEXAMINATION
# COMMUNICATION

BELOW/ATTACHED YOU WILL FIND A COMMUNICATION FROM THE UNITED STATES PATENT AND TRADEMARK OFFICE OFFICIAL(S) IN CHARGE OF THE PRESENT REEXAMINATION PROCEEDING.

**All correspondence** relating to this *inter partes* reexamination proceeding should be directed to the **Central Reexamination Unit** at the mail, FAX, or hand-carry addresses given at the end of this communication.

PTOL-2071 (Rev.07-04)



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

James F. Vaughan
Womble Carlyle Sandridge & Rice PLLC
P. O. Box 7037
Atlanta GA  30357-0037

# Transmittal of Communication to Third Party Requester
# *Inter Partes* Reexamination

REEXAMINATION CONTROL NUMBER 95/000,069

PATENT NUMBER 6,789,673

TECHNOLOGY CENTER 3700

ART UNIT 3728

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above-identified reexamination proceeding. 37 CFR 1.903.

Prior to the filing of a Notice of Appeal, each time the patent owner responds to this communication, the third party requester of the *inter partes* reexamination may once file written comments within a period of 30 days from the date of service of the patent owner's response. This 30-day time period is statutory (35 U.S.C. 314(b)(2)), and, as such, it cannot be extended. See also 37 CFR 1.947.

If an *ex parte* reexamination has been merged with the *inter partes* reexamination, no responsive submission by any *ex parte* third party requester is permitted.

**All correspondence** relating to this inter partes reexamination proceeding should be directed to the **Central Reexamination Unit** at the mail, FAX, or hand-carry addresses given at the end of the communication enclosed with this transmittal.

PTOL-2070 (Rev.07-04)

| ORDER GRANTING/DENYING REQUEST FOR INTER PARTES REEXAMINATION | Control No. | Patent Under Reexamination |
|---|---|---|
| | 95/000,069 | 6789673 |
| | Examiner | Art Unit |
| | Jimmy G Foster | 3728 |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address.* --

The request for *inter partes* reexamination has been considered. Identification of the claims, the references relied on, and the rationale supporting the determination are attached.

Attachment(s):   ☒ PTO-892    ☒ PTO-1449 or PTO/SB/08    ☐ Other: _____

1. ☒ The request for *inter partes* reexamination is GRANTED.

    ☐ An Office action is attached with this order.

    ☒ An Office action will follow in due course.

2. ☐ The request for *inter partes* reexamination is DENIED.

This decision is not appealable. 35 U.S.C. 312(c). Requester may seek review of a denial by petition to the Director of the USPTO within ONE MONTH from the mailing date hereof. 37 CFR 1.927. EXTENSIONS OF TIME ONLY UNDER 37 CFR 1.183. In due course, a refund under 37 CFR 1.26(c) will be made to requester.

**All correspondence** relating to this *inter partes* reexamination proceeding should be directed to the **Central Reexamination Unit** at the mail, FAX, or hand-carry addresses given at the end of this Order.

Application/Control Number: 95/000,069                                                          Page 2
Art Unit: 3728

DECISION GRANTING INTER PARTES REEXAMINATION

A substantial new question of patentability affecting claims 1-29 of United States Patent Number 6,789,673 to *Lingamfelter* is raised by the present request for inter partes reexamination filed on December 3, 2004.

Extensions of time under 37 CFR 1.136(a) will not be permitted in inter partes reexamination proceedings because the provisions of 37 CFR 1.136 apply only to "an applicant" and not to the patent owner in a reexamination proceeding. Additionally, 35 U.S.C. 314(c) requires that inter partes reexamination proceedings "will be conducted with special dispatch" (37 CFR 1.937). Patent owner extensions of time in inter partes reexamination proceedings are provided for in 37 CFR 1.956. Extensions of time are not available for third party requester comments, because a comment period of 30 days from service of patent owner's response is set by statute. 35 U.S.C. 314(b)(3).

1)   The request indicates that the third party requester considers claims 1, 2, 4-7, 9-11, 13-16, 18-21, 23 and 24 of the *Lingamfelter* patent to have been obvious over the U.S. Patent No. 3,178,242 to *Ellis* in view of the Laid Open Japanese Utility Model Application 7-9721 to *Imazato* et al (*Imazato*).

2)   The request indicates that the third party requester considers claims 3, 8, 12, 17 and 22 of the *Lingamfelter* patent to have been obvious over *Ellis* in view of *Imazato*, and further in view of U.S. Patent No. 2,718,301 to *Palmer* (*Palmer*).

3)   The request indicates that the third party requester considers claims 6, 7, 9, 10, 15, 16, 18, 21 and 23-27 of the *Lingamfelter* patent to have been obvious over *Ellis* in view of *Imazato*, and further in view of U.K. Patent Application No. 2,186,550 to *Wonnacott* (*Wonnacott*) or U.S. Patent No. 6,105,854 to *Spivey* (*Spivey*).

4)   The request indicates that the third party requester considers claims 8, 12, 17 and 22 of the *Lingamfelter* patent to have been obvious over *Ellis* in view of *Imazato* and *Wonnacott* or (*Spivey*), and further in view of *Palmer*.

5)   The request indicates that the third party requester considers claims 11, 13-16 and 18 of the *Lingamfelter* patent to have been obvious over *Ellis* in view of *Imazato*, and further in view of U.S. Patent No. 3,265,283 to *Farquhar* (*Farquhar*).

6)   The request indicates that the third party requester considers claims 12 and 17 of the *Lingamfelter* patent to have been obvious over *Ellis* in view of *Imazato* and *Farquhar*, and further in view of *Palmer*.

7)   The request indicates that the third party requester considers claims 15, 16 and 18 of the *Lingamfelter* patent to have been obvious over *Ellis* in view of *Imazato* and *Farquhar*, and further in view of *Wonnacott* or *Spivey*.

8)   The request indicates that the third party requester considers claim 17 of the *Lingamfelter* patent to have been obvious over *Ellis* in view of *Imazato*, *Farquhar*, and *Wonnacott* or *Spivey*, and further in view of *Palmer*.

9)   The request indicates that the third party requester considers claim 28 of the *Lingamfelter* patent to be anticipated by *Ellis*.

10)  The request indicates that the third party requester considers claim 29 of the *Lingamfelter* patent to have been obvious over *Ellis*.

It is agreed that the consideration of *Ellis* raises a substantial new question of patentability as to claims 28 and 29 of the *Lingamfelter* patent. Moreover, it is further agreed that the consideration of *Ellis*, when taken with *Imazato*, *Palmer*, *Wonnacott*, *Spivey* and Farquhar in the various art combinations listed above, raises a substantial new question of patentability as to the respective claims indicated.

Regarding claims 28 and 29, the front wall/front 14 of *Ellis* includes score lines at 21. Additionally, the side walls 3,5 include score lines 26, and the top wall 4 includes a score line at 27. This combination of score lines, taken together with cuts 25 and side tabs 29 located in the side walls, defines a removable section R on the container/carton 1 of *Ellis*. Once this section is removed as intended (see, for example, col. 2, lines 38-49), the resultant open container will include a front wall having a height that is less than the back wall (formed by flaps 9-12), a top wall having a length that is less than the bottom wall 2, and side walls having edges (each defined by removal at cuts 25 and scores 26) that extend from the front wall to the top wall. Furthermore, these edges of the side walls will include oblique portions, as defined by the curved portions of the cuts 25. Additionally, the beverage cans in the container, which are arranged in stacked rows, have their axes oriented parallel with the plane of the front wall. Additionally, the locations of the score lines 21 with respect to the cans are such as to be disposed below the bottom level top row of cans, but above the bottom level of the next-to-the-top row of cans. When the removable section is removed as intended, the remaining front wall of the open container will define a lip that functions to retain the next-to-the-top row of cans in the container against falling out. This combination of features, including a removable section defined by score lines in the top, side and front walls, an orientation of the cans parallel to the front wall, a lip which is located to retain the lower row against falling out, and oblique edges in the side walls of the open container, was not addressed with respect to a single reference in the prosecution of the application for patent. Although *Ellis* was cited in an Information Disclosure Statement in the application for patent, its details were neither described in the Information Disclosure Statement or in the applicant's remarks, nor were they discussed by the examiner during prosecution. Furthermore, there is a substantially likelihood that a reasonable examiner would have considered this teaching important in deciding whether or not the claims 28 and 29 are patentable. Therefore, *Ellis* raises a substantial new question of patentability as to claims 28 and 29, and *Ellis* further raises a substantial new question of patentability as to the respective groups of claims indicated above (see paragraphs (1)-(8)), when taken in various the combinations, indicated above, with *Imazato*, *Palmer*, *Wonnacott*, *Farquhar* and *Spivey*.

Application/Control Number: 95/000,069                                                              Page 4
Art Unit: 3728

Accordingly, reexamination is GRANTED. In view of this granting of reexamination, all of claims 1-29 of the U.S. Patent No. 6,789,673 will be reexamined.

All of the correspondence relating to this inter partes reexamination proceeding should be directed:

By Mail to:      Mail Stop *Inter Partes* Reexam
                 Central Reexamination Unit
                 Office of Patent Legal Administration
                 United States Patent & Trademark Office
                 Washington, D.C. 22313-1450

By FAX to:       (571) 273-0100
                 Central Reexamination Unit

By hand:         Customer Service Window
                 Randolph Building
                 401 Dulany Street
                 Alexandria VA 22314

Any inquiry concerning this communication or earlier communications from the examiner, or as to the status of this proceeding, should be directed to the Central Reexamination Unit at telephone number (571) 272-7705.

JIMMY G. FOSTER
PRIMARY EXAMINER,
TECHNOLOGY CENTER 3700

Sheet 1 of 1

| PTO/SB/08A (08-03) Substitute for Form 1449/PTO | | | Patent Number 6,789,673 | Issue Date Sept. 14, 2004 |
|---|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT *(Use as many sheets as necessary)* | | | Inventor C. Brown Lingamfelter | |
| | | | Art Unit | |
| | | | Examiner Name | Attorney Docket Number R029 7004 |

(OIPE stamp: DEC 0 3 2004)

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|
| JT | A | 2,718,301 | Palmer | |
| JT | B | 3,002,651 | Gauld | |
| JT | C | 3,178,242 | Ellis et al. | |
| JT | D | 3,517,858 | Farquhar | |
| JT | E | 4,364,509 | Holley, Jr. et al. | |
| JT | F | 4,396,143 | Killy | |
| JT | G | 5,788,117 | Zimmanck | |
| JT | H | 5,878,947 | Hoy et al. | |
| JT | I | 6,105,854 | Spivey et al | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| JT | J | CA 874828 | 07-06-1971 | Cherry et al. | |
| JT | K | UK 2,186,550 | 08-19-1987 | Wonnacott | |
| JT | L | JP 7-9721 | 02-10-1995 | Imazato et al. | |
| JT | M | CA 2,246,020 | 02-28-2000 | Kornick | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published |
|---|---|---|
| JT | N | The American College Dictionary, Copyright 1961, by Random House, Inc., page 836 |

EXAMINER'S SIGNATURE: [signed]   DATE CONSIDERED: 2/22/05

ATLANTA 427233v1

| | Notice of References Cited | Application/Control No. 95/000,069 | Applicant(s)/Patent Under Reexamination 6789673 | | |
|---|---|---|---|---|---|
| | | Examiner Jimmy G Foster | Art Unit 3728 | Page 1 of 4 | |

## U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| X | A | US-1,541,143 | 06-1925 | HOILE, RICHARD | 229/231 |
| X | B | US-1,925,102 | 09-1933 | LEVKOFF, EVELYN G. | 206/746 |
| X | C | US-2,448,819 | 09-1948 | MITCHELL, WILLIAM A. J. | 221/63 |
| X | D | US-2,723,027 | 11-1955 | GUYER, REYNOLDS | 206/428 |
| X | E | US-2,842,304 | 07-1958 | RINGLER, WILLIAM A. | 206/428 |
| X | F | US-2,930,516 | 03-1960 | FOWLE, IRVING H; et. al. | 229/122 |
| X | G | US-2,975,891 | 03-1961 | STONE, ORISON W. | 206/434 |
| X | H | US-3,228,582 | 01-1966 | OSBERG, STANLEY C. | 229/238 |
| X | I | US-3,263,861 | 08-1966 | CARR, HAROLD J. | 221/302 |
| X | J | US-3,265,283 | 08-1966 | FARQUHAR, MELVILLE T. | 229/221 |
| X | K | US-RE26,083 | 09-1966 | FORRER, HOMER | 206/140 |
| X | L | US-3,300,115 | 01-1967 | SCHAUER, MARVIN L. | 221/305 |
| X | M | US-3,356,279 | 12-1967 | ROOT, GEORGE L. | 206/427 |

## FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| X | N | 7510538 | 08-1975 | DE | --- | --/-- |
| X | O | 8514718.4 | 08-1985 | DE | --- | --/-- |
| X | P | 3612594 A1 | 10-1987 | DE | --- | --/-- |
| X | Q | 0849189 A1 | 06-1998 | EP | --- | --/-- |
| X | R | WO 96/29260 | 09-1996 | WO | --- | --/-- |
| X | S | WO 97/21607 | 06-1997 | WO | --- | --/-- |
| | T | | | | | |

## NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)    Notice of References Cited    Part of Paper No. 20050222

| | | **Notice of References Cited** | | Application/Control No. 95/000,069 | Applicant(s)/Patent Under Reexamination 6789673 | |
|---|---|---|---|---|---|---|
| | | | | Examiner Jimmy G Foster | Art Unit 3728 | Page 2 of 4 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| X | A | US-3,540,581 | 11-1970 | KOOLNIS, STANLEY R. | 206/193 |
| X | B | US-3,669,251 | 06-1972 | Phillips, Jr., Floyd L. | 206/756 |
| X | C | US-3,765,327 | 10-1973 | Aronson et al. | 101/232 |
| X | D | US-3,765,527 | 10-1973 | Vargo, John W. | 206/223 |
| X | E | US-3,894,681 | 07-1975 | Arneson et al. | 221/305 |
| X | F | US-3,913,739 | 10-1975 | Hennessey, Russell J. | 206/434 |
| X | G | US-4,000,811 | 01-1977 | Hardison et al | 229/242 |
| X | H | US-4,030,596 | 06-1977 | Snyder et al | 206/45.26 |
| X | I | US-4,214,660 | 07-1980 | Hunt, Jr., Letcher B. | 206/427 |
| X | J | US-4,222,485 | 09-1980 | Focke, Heinz | 206/141 |
| X | K | US-4,375,258 | 03-1983 | Crayne et al | 206/141 |
| X | L | US-4,416,410 | 11-1983 | Herrmann, Ronald S. | 206/395 |
| X | M | US-4,417,661 | 11-1983 | Roccaforte, Harry I | 229/232 |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| | | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|
| **Notice of References Cited** | | 95/000,069 | 6789673 |
| | | Examiner | Art Unit | Page 3 of 4 |
| | | Jimmy G Foster | 3728 | |

### U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| X | A | US-4,582,199 | 04-1986 | Schuster, Richard L. | 206/428 |
| X | B | US-4,726,471 | 02-1988 | Whately et al | 206/554 |
| X | C | US-4,919,266 | 04-1990 | McIntosh et al. | 206/434 |
| X | D | US-4,974,771 | 12-1990 | Lavery, John J | 229/117.13 |
| X | E | US-5,123,589 | 06-1992 | Cote, Raymond A. | 229/232 |
| X | F | US-5,137,211 | 08-1992 | Summer et al | 229/164 |
| X | G | US-5,170,934 | 12-1992 | Lemoine, Ryne P | 229/101 |
| X | H | US-5,279,440 | 01-1994 | Fougeres et al | 220/288 |
| X | I | US-5,368,194 | 11-1994 | Oliff et al. | 221/305 |
| X | J | US-5,465,831 | 11-1995 | Smith, Jeffrey A. | 229/242 |
| X | K | US-5,622,309 | 04-1997 | Matsuda et al. | 229/243 |
| X | L | US-5,722,584 | 03-1998 | Fujiwara, Jiro | 229/120.15 |
| X | M | US-5,775,574 | 07-1998 | Whitnell, Simon | 229/120.18 |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)          Notice of References Cited          Part of Paper No. 20050222

| | | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|
| **Notice of References Cited** | | 95/000,069 | 6789673 |
| | | Examiner | Art Unit | Page 4 of 4 |
| | | Jimmy G Foster | 3728 | |

## U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| X | A | US-6,176,419 | 01-2001 | Holley, Jr., John M. | 229/122.1 |
| X | B | US-6,283,293 | 09-2001 | Lingamfelter, C. Brown | 206/427 |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

## FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

## NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a))
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev 01-2001)    Notice of References Cited    Part of Paper No. 20050222