IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| C. BROWN LINGAMFELTER,<br><br>Plaintiff,<br><br>v.<br><br>COCA-COLA ENTERPRISES, INC., THE COCA-COLA COMPANY, MILLER BREWING COMPANY, and DR. PEPPER/SEVEN UP, INC.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-1261-KAJ<br><br>**Jury Trial Demanded** |

## ORDER

At Wilmington this 7th day of **March, 2005**,

IT IS ORDERED that the Rule 16 scheduling teleconference presently set for **March 10, 2005 at 4:30 p.m.** is hereby rescheduled to **March 10, 2005 at 11:00 a.m.** Counsel for Plaintiff shall initiate the call.

_____
UNITED STATES DISTRICT JUDGE