IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C. BROWN LINGAMFELTER,<br><br>           Plaintiff,<br><br>v.<br><br>COCA-COLA ENTERPRISES, INC., THE<br>COCA-COLA COMPANY, MILLER<br>BREWING COMPANY, and DR.<br>PEPPER/SEVEN UP, INC.,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-1261-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons stated today during the telephone status conference,

IT IS HEREBY ORDERED that defendants' motions to stay proceedings pending *Inter Partes* reexamination of U.S. Patent No. 6,789,673 by the United States Patent and Trademark Office (D.I. 20, 31) are GRANTED.

                                                                  /s/ Kent A. Jordan
                                        UNITED STATES DISTRICT JUDGE

March 10, 2005
Wilmington, Delaware