IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C. BROWN LINGAMFELTER,         ) | |
| )                                | |
| Plaintiff,                    ) | |
| )                                | |
| v.                            ) | Civ. No. 04-1261-SLR |
| )                                | |
| COCA-COLA ENTERPRISES, INC.,  ) | |
| THE COCA-COLA COMPANY,        ) | |
| MILLER BREWING COMPANY,       ) | |
| and DR PEPPER/SEVEN UP INC.,  ) | |
| )                                | |
| Defendants.                   ) | |

## ORDER

At Wilmington this 11th day of February, 2008,

IT IS ORDERED that a telephonic status conference shall be held on **Wednesday, February 27, 2008**, at 8:30 a.m. Counsel for plaintiff shall coordinate and initiate this call.

_____
United States District Judge