IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C. BROWN LINGAMFELTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 04-1261-SLR |
| COCA-COLA ENTERPRISES INC., | ) |
| THE COCA-COLA COMPANY, | ) |
| MILLER BREWING COMPANY, and | ) Jury Trial Demanded |
| DR PEPPER/SEVEN UP, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Rule 83.7 of the Local Rules for the United States District Court for the District of Delaware, Defendants, Miller Brewing Company ("Miller") and Dr Pepper/Seven Up, Inc. ("DPSU") provide Notice of Withdrawal of William A. Capp as counsel of record for Miller and DPSU in the above captioned case and request that his name be removed as attorney of record for Miller and DPSU in this case. Kirk W. Watkins and Marcy L. Sperry, with the law firm of Womble Carlyle Sandridge & Rice, PLLC, will continue to serve as lead counsel for Miller and DPSU in this case. Robert K. Payson and Philip A. Rovner, with the law firm of Potter Anderson & Corroon LLP, will continue to serve as Delaware counsel for Miller and DPSU in this case.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Kirk W. Watkins<br>Marcy L. Sperry<br>WOMBLE CARLYLE SANDRIDGE &<br>RICE, PLLC<br>3500 One Atlantic Center<br>1201 West Peachtree St.<br>(404) 872-7000<br><br>Dated: March 17, 2008<br>855334 | POTTER ANDERSON & CORROON, LLP<br><br>By: /s/ Philip A. Rovner<br>Robert K. Payson (#274)<br>Philip A. Rovner (#3215)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE   19899<br>(302) 984-6000<br>provner@potteranderson.com<br><br>*Attorneys for Defendants Miller Brewing Company Dr Pepper/Seven Up, Inc.* |

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on March 17, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY E-MAIL

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
500 Delaware Avenue
8th Floor
Wilmington, DE 19801

I hereby certify that on March 17, 2008 the foregoing document to the following non-registered participants:

### BY E-MAIL

Jan M. Conlin, Esq.
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015

### BY E-MAIL

Roger D. Taylor, Esq.
R. Bruce Bower, Esq.
Robert C. Stanley, Esq.
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
3200 Sun Trust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308

Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
P.O. Box 951
Hercules Plaza
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com